# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C. BIRO,<br><br>Plaintiff,<br><br>v.<br><br>G. R. KEYES et al.,<br><br>Defendants. | Case No. 2:21-CV-06835-JGB (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint (ECF No. 75); the briefs and documents filed in support of and in opposition to Defendant Carolyn N. Phillips's Motion to Dismiss the Second Amended Complaint ("Phillips Motion," ECF No. 84) and Defendant Geoffrey R. Keyes M.D.'s Motion to Dismiss and Strike Plaintiff's Second Amended Complaint ("Keyes Motion," ECF No. 79) (together, the "Motions"); the other records on file herein; the Report and Recommendation of United States Magistrate Judge (ECF No. 106); Plaintiff's Objections (ECF No. 109); and Defendant Keyes's Response (ECF No. 110). After conducting a *de novo* review of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

///

**IT THEREFORE IS ORDERED** that:

(1) The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

(2) Plaintiff's request to strike the Phillips Motion is **DISREGARDED**;

(3) Plaintiff's reasserted arguments for discovery are **OVERRULED**;

(4) The Phillips Motion is **GRANTED** as to the request to dismiss the Section 1983 claims against Defendant Phillips pursuant to absolute prosecutorial immunity, and otherwise **DENIED** as moot;

(5) The Keyes Motion is **GRANTED** as to the request to dismiss the Section 1985 claim for failure to state a claim, request to strike the state law claims, and request to dismiss the state law claims due to the Section 47(b) litigation privilege, and otherwise **DENIED** as moot;

(6) The Second Amended Complaint and this lawsuit are **DISMISSED**;

(7) To the extent Plaintiff intended to assert an abuse of process claim against Defendant Phillips, supplemental jurisdiction over such state law claim is **DECLINED**; and

(8) Judgment shall be **ENTERED DISMISSING** this lawsuit **WITH PREJUDICE AND WITHOUT LEAVE TO AMEND**.

DATED: January 13, 2023

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE