JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C. BIRO, <br><br> Plaintiff, <br><br> v. <br><br> G. R. KEYES et al., <br><br> Defendants. | Case No. 2:21-CV-06835-JGB (MAA) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: January 13, 2023

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE